# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2006

129434

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TECHNOLOGY RECYCLING CORPORATION
d/b/a ECLIPSE TECHNOLOGY,
          Plaintiff-Appellee,

v

FORD MOTOR COMPANY,
          Defendant-Appellant,

and

GREENLEAF ACQUISITIONS, LLC,
          Defendant.

SC: 129434
COA: 259369
Wayne CC: 02-225617-CK

_____/

On order of the Court, the application for leave to appeal the July 27, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.

MARKMAN, J., would remand this case to the Court of Appeals as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2006 _____

p0406

_____
Clerk